## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: __Nelson v. Thompson__     Docket No.: __25-607__

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: __Chase Henry Mechanick__

Firm: __New York City Law Department__

Address: __100 Church Street, New York, NY 10007__

Telephone: __212-356-0841__     Fax: ____

E-mail: __cmechani@law.nyc.gov__

Appearance for: __Kathleen S. Thomson; Sherrie Rembert; Louis Molina; Charisma Carter; City of New York; Asim Rehman__
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: __Muriel Goode-Trufant, Acting Corporation Counsel / New York City Law Department__)
(name/firm)

[ ] Substitute counsel (replacing other counsel: ____)
(name/firm)

[ ] Additional counsel (co-counsel with: ____)
(name/firm)

[ ] Amicus (in support of: ____)
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on __n/a__     OR

[ ] I applied for admission on ____.

Signature of Counsel: _/s/ Chase Mechanick_

Type or Print Name: __Chase Henry Mechanick__

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Nelson**

v.

**Thompson**

**CERTIFICATE OF SERVICE***

Docket Number: **25-607**

I, **Chase Henry Mechanick**, hereby certify under penalty of perjury that
(print name)

on **April 7, 2025**, I served a copy of **Notice of Appearance for Substitute, Additional, or Amicus Counsel**
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Troix Nelson | 1060 Sterling Place | Brooklyn | NY | 11213 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**4/7/2025**

Today's Date                                        Signature

Certificate of Service Form (Last Revised 12/2015)